Total pages: 2
JAMES E. SALVEN
Chapter 7 Trustee
8427 N. Millbrook Ave., Ste. 101
Fresno, California 93720
(559) 230-1095

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In the Matter of

ELIGIO D GOMEZ,

Debtor.

Case No. 15-10152-B-7

DC No. JES-3

**TRUSTEE'S MOTION FOR AUTHORIZATION TO SELL REAL PROPERTY AND PAY REAL ESTATE COMMISSION**

Date: 12/08/2015
Time: 10:00 AM
Dept: B

**TO THE HONORABLE René Lastreto II UNITED STATES BANKRUPTCY JUDGE:**

James Salven respectfully represents:

1. He is the duly appointed, qualified and acting trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on 01/20/2015.

3. This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.

4. Among the assets of this estate is a VACANT LOT located at 2406 Lorina Ave, Corcoran 93212, APN: 030-011-003.

5. The trustee has obtained an offer to purchase said asset, for $9,900 from Jose M. Guerroero Ballesteros and Maria A. Loera Partida, or nominee.

6. The trustee has agreed to pay a $2,500 commission in pre-approved employment

1 | agreement in Robert Casey, Broker in connection with the proposed sale.

2 | 7. Other closing costs (title, escrow, etc.) are not expected to exceed $1,000.

3 | 8. Said offer is the best and highest offer received for
said property and, in the opinion of the trustee, said offer is for the full and fair market value of said property.

9. The trustee believes that confirmation of said sale on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

10. Trustee has reviewed the tax implications of the sale and determined that there will be no negative tax consequences from sale.

**WHEREFORE**, the trustee prays that after appropriate notice and opportunity to be heard, he be authorized to sell the above-described asset to Jose M. Guerroero Ballesteros and Maria A. Loera Partida, or nominee, subject to higher and better offer at the hearing on confirmation of said sale.

DATED: 10/19/15

JAMES E. SALVEN, Chapter 7 Trustee
Movant